**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Philomon Ofon Angi,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-02634-PHX-AMM (DMF)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) On August 7, 2026, Respondents filed a Status Report and Notice of Impending Removal stating that Petitioner is scheduled for removal not less than two business days from the date of its Notice. (Doc. 13.) On August 14, 2026, Petitioner filed a Response to Respondent's Status Report stating that he remains detained. (Doc. 14 at 1.)

Accordingly,

**IT IS ORDERED** that Respondents must file a status report as to the current status of this matter no later than **five (5) days** from the date of this Order.

Dated this 4th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge