**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Philomon Ofon Angi,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-02634-PHX-AMM (DMF)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention and seeking immediate release from immigration detention without bond or conditions. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On September 9, 2026, Respondents filed a Status Report indicating Petitioner was removed from the United States on August 19, 2026. (Doc. 16.)

"At any stage of the proceeding a case becomes moot when 'it no longer present[s] a case or controversy under Article III, § 2 of the Constitution.'" *Abdala v. INS*, 488 F.3d 1061, 1063 (9th Cir. 2007) (quoting *Spencer v. Kemna*, 523 U.S. 1, 7 (1998)). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Id.* at 1064. "[W]here the grounds for habeas relief will not redress collateral consequences, a habeas petition does not continue to present a live controversy once the petitioner is released from custody." *Id.* Petitioner asserts no collateral consequences of removal that may be redressed by success on the Petition. As

such, the Petition is moot because it does not continue to present a live controversy. The Court will therefore dismiss this action.

Accordingly,

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this action are **DISMISSED AS MOOT**. All pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 11th day of September, 2026.

Honorable Angela M. Martinez
United States District Judge